February 13, 2015

Fourteenth Court of Appeals
Court of Appeals No. 14-15-00029-CV
Trial Court Case No. D-1-FM-11-000804
Style: Eric Brandon Rosenberg v. Susan Evelyn Engelking

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/13/2015 12:49:14 PM

CHRISTOPHER A. PRINE
Clerk

To whom it may concern:

I am Mary Lou Taylor, the reporter of record on the above case. I have received payment from Eric Brandon Rosenberg today, February 13th, 2015 towards the full record in the above case. Can you please note this for your records and the record will be ready by March 3rd, 2015.

Thank you,

*Mary Lou Taylor*

Mary Lou Taylor
Certified Court Reporter
1503-A Terrapin Ct.
Austin, Texas 78746
512-658-0354

Cc: Mr. Eric Rosenberg (e-mail: eric@retaildeveloper.com)